**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CRISTINA JORDAN

        Plaintiff(s),

    vs.

PANASONIC CORPORATION OF
NORTH AMERICA, INC.

        Defendant(s).

Case #3:25-cv-00257-ART-CLB

**ORDER APPROVING**

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Pamela Rosario_____, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Consumer Justice Law Firm PLC
(firm name)

with offices at _____8095 N 85th Way_____,
                       (street address)

____Scottsdale____, ____Arizona____, ____85258____,
    (city)          (state)       (zip code)

____(718) 874-8526____, ____prosario@consumerjustice.com____.
(area code + telephone number)    (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

____Plaintiff Cristina Jordan____ to provide legal representation in connection with
      [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____04/09/2012_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _New York_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| New York Supreme Court | 04/09/2012 | 5036405 |
| Eastern District of New York | 12/13/2024 | 5036405 |
| Southern District of New York | 06/05/2025 | 5036405 |
| Central District of Illinois | 10/22/2025 | 5036405 |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

Member of the State Bar of New York

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 12/05/2025 | 2:25-cv-00412-JCM | District of Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*Pamela Rosario*
_____
Petitioner's signature

STATE OF New Jersey_____ )
                          )
COUNTY OF _Middlesex_____ )

_____Pamela Rosario_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Pamela Rosario*
_____
Petitioner's signature

Subscribed and sworn to before me this

___29th___ day of ___May_____, ___2026____.

_____
Notary Public or Clerk of Court

Notarized online using audio-video communication technology

Abby Prato
Electronic Notary Public
State of New Jersey
Commission #: 50175943
Commission Expires: 10/28/2026

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Michael Yancey III___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:

_____2300 West Sahara Ave., Suite 800_____,
(street address)

_____Las Vegas_____, _____Nevada_____, ___89012___,
(city)                          (state)                (zip code)

____(480) 573-9272_____, ___myancey@consumerjustice.com_____.
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Michael Yancey III_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Cristina Jordan*
_____
(party's signature)

Cristina Jordan
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Michael Yancey III*
_____
Designated Resident Nevada Counsel's signature

16158                              myancey@consumerjustice.com
Bar number                        Email address

**APPROVED.**

_____
Anne R. Traum
United States District Judge

Dated: June 3, 2026

Rev. 5/16

Document Ref: 7J5YQ-SKVDF-UUPNR-ZAXBE



## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

### Pamela Patricia Rosario

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on *April 9, 2012*, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of New York on May 28, 2026.



*Clerk of the Court*

CertID-00292386



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE    NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400    INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, _____ Brenna B. Mahoney _____ , Clerk of this Court,

certify that _____ Pamela Rosario _____ , Bar # _____ 5036405 _____ ,

was duly admitted to practice in this Court on _____ 12/13/2024 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at  Brooklyn _____ on _____ 05/21/2026
                      *(Location)*                                    *(Date)*

_____
Brenna B. Mahoney
*CLERK OF COURT*

_____
Ryan-O'neil Richards
Deputy Clerk

