Janelle Romero, NY Bar No. 5750195
CONSUMER JUSTICE LAW FIRM
72-47 139th Street
Flushing, NY 11367
T: (718) 874-8247
E: jromero@consumerjustice.com
*Attorneys for Plaintiff*
*Cristina Jordan*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CRISTINA JORDAN,<br><br>*Plaintiff,*<br><br>-against-<br><br>PANASONIC CORPORATION OF NORTH AMERICA, INC.,<br><br>*Defendant.* | **Case No. 3:25-cv-00257-ART-CLB**<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL JANELLE ROMERO** |

PLEASE TAKE NOTICE that pursuant to LR 11-6(b), Plaintiff, by and through undersigned counsel, Janelle Romero of Consumer Justice Law Firm hereby moves to withdraw the appearance of Janelle Romero of Consumer Justice Law Firm as counsel of record for Plaintiff Cristina Jordan in the above-captioned matter. Plaintiff will continue to be represented by Counsel Pamela Rosario of Consumer Justice Law Firm.

Dated: June 4, 2026

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Janelle Romero*
Janelle Romero, NY Bar No. 5750195
CONSUMER JUSTICE LAW FIRM
72-47 139th Street
Flushing, NY 11367
T: (718) 874-8247
E: jromero@consumerjustice.com
*Attorneys for Plaintiff*
*Cristina Jordan*

**IT IS SO ORDERED**.
DATED: June 5, 2026.

_____
UNITED STATES MAGISTRATE JUDGE