**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CRISTINA JORDAN,<br>*Plaintiff,*<br>-against-<br>PANASONIC CORPORATION OF NORTH AMERICA, INC.,<br>*Defendant.* | **Case No. 3:25-cv-00257-ART-CLB**<br>**ORDER GRANTING**<br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Cristina Jordan ("Plaintiff") and Defendant Panasonic Corporation of North America, Inc. d/b/a Panasonic Energy of North America, by and through their respective counsel, stipulate, agree, and respectfully request that the Court dismiss the above-captioned action with prejudice in its entirety, with each party to bear her/its own attorneys' fees and costs.

//

//

//

IT IS SO STIPULATED.

Dated: July 30, 2026

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Michael Yancey*
Michael Yancey III
Nevada Bar No: 16158
CONSUMER JUSTICE LAW FIRM
2300 West Sahara Ave. Suite 800
Las Vegas, NV 89102
T: (480) 573-9272
F: (718) 715-1750
E: myancey@consumerjustice.com
*Attorneys for Plaintiff*
*Cristina Jordan*

**McDONALD CARANO LLP**

By: *Chelsea Latino*
Chelsea Latino (NSBN 14227)
Emily Dubansky (NSBN 16228)
Katrina Weil (NSBN 16152)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
clatino@mcdonaldcarano.com
edubansky@mcdonaldcarano.com
kweil@mcdonaldcarano.com
*Attorneys for Defendant*

**IT IS SO ORDERED.**

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: July 31, 2026